827 A.2d 372

Russell G. FLICK, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 29, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2003, probable jurisdiction is noted and the order appealed is affirmed.